UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                              CASE NO: 13-20527

WILLIAM PATRICK PORTER                                              CHAPTER 13

DEBTOR                                                              JUDGE:  TRACEY WISE

    Comes the debtor in person and makes application for leave to amend his schedules and states that through inadvertence and error he failed to list in his schedule the following:
(Refer to Proper Schedule:   Separate Schedules Must Be Amended Separately).

## AMENDMENT TO CHAPTER 13 PLAN

**II. SECURED CLAIMS**.

3. Secured Claims Not Subject To Valuation Under Sec. 506.

| Secured Creditor | Collateral | Claim | Interest | Payment |
|---|---|---|---|---|
| Chase Auto Finance | 2006 Audi A-6 (52000 miles) | $8,890.00 | 3.99% | $169.81 |

Creditor to receive Pre-confirmation Adequate Protection Payments of $88.00 per month until attorney fees are paid in full then $169.81 per month until paid in full.

## RULE 1008 STATEMENT

    We, Richard A. Sadoff, Attorney for the Petitioners and Petitioners named in the foregoing Amendment, William Patrick Porter hereby swear under penalty of perjury pursuant to Bankruptcy Rule 1008 that the foregoing Amendment is true and correct.

Executed on:   April 15, 2013

                                        /sWilliam Patrick Porter
                                        William Patrick Porter, Debtor

                                        /s/Hon. Richard A. Sadoff

                                                            Hon. Richard A. Sadoff
                                                            Attorney for Debtors

## CERTIFICATE OF SERVICE

I certify that a copy of this Amendment has been served electronically and/or by U.S. Mail postage prepaid upon U.S. Trustee, 100 E. Vine St., Ste., 803, Lexington, KY 40507, U.S. Bankruptcy Court Clerk, P.O. Box 1111, Lexington, KY 40588, Hon. Beverly Burden, P.O. Box 2204, Lexington, KY 40585 and the creditors listed on the mailing matrix by first class mail postage prepaid and/or electronically on this 15th day of April, 2013.

                                                            /s/Hon. Richard A. Sadoff
                                                          Hon. Richard A. Sadoff

AM-PLAN-WP