OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: 08302012 | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Joy A. Moran<br>813 East Second Street<br>Maysville, KY 41056 | William Porter<br>4013 Beaumont Estates<br>Dover, KY 41034<br>Edie Porter<br>4013 Beaumont Estates<br>Dover, KY 41034 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 294 Emerald Way, Lot 44<br>Wallingford, KY 41093<br><br>Fleming County | Royse, Zweigart, Kirk, Brammer & Caudill, M. Susan Brammer<br>Phone Number: 606-564-4012<br>215 Stanley Reed Court<br>Maysville, KY 41056<br>**Place of Settlement:**<br>215 Stanley Reed Court, Maysville, KY | 08/31/2012 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $52,950.00 | 401. Contract sales price | $52,950.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $267.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes       to | | 407. County taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | $53,217.00 | **420. Gross Amount Due To Seller** | $52,950.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions in Amount Due To Seller** | |
| 201. Deposit or earnest money | $500.00 | 501. Excess deposit (see instructions) | $500.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $3,250.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  Citizens Depos | $40,803.81 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes  01/01/2012 to 08/31/2012 | $421.75 | 511. County taxes  01/01/2012 to 08/31/2012 | $421.75 |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $921.75 | **520. Total Reduction Amount Due Seller** | $44,976.06 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | $53,217.00 | 601. Gross amount due to seller (line 420) | $52,950.00 |
| 302. Less amounts paid by/for borrower (line 220) | ( $921.75 ) | 602. Less reductions in amt. due seller (line 520) | ( $44,976.06 ) |
| **303. Cash** ☒ From ☐ To Borrower | $52,295.25 | **603. Cash** ☒ To ☐ From Seller | $7,973.94 |

The public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No Confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete                    Page 1 of 3                    HUD-1

## L. Settlement Charges

| 700. Total Real Estate Broker Fees | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| | | | | $2,647.50 | | |
| Division of Commission (line 700) as follows: | | | | | | |
| 701. $ 2,647.50 | | to Chuck Marshall Auction & Real Estate Co., Inc. | | | | |
| 702. $ | | to | | | | |
| 703. Commission paid at Settlement | | | | | | $2,647.50 |
| 704. | | ( P O C by | | ) | | |
| **800. Items Payable In Connection With Loan** | | | | | | |
| 801. Our origination charge | | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | | (from GFE A) | | |
| 804. Appraisal fee to | ( | P.O.C by | | ) (from GFE #3) | | |
| 805. Credit report to | ( | P.O.C by | | ) (from GFE #3) | | |
| 806. Tax service to | ( | P.O.C. by | | ) (from GFE #3) | | |
| 807. Flood certification | ( | P O C. by | | ) (from GFE #3) | | |
| 808. | | | | | | |
| 809. | | | | | | |
| 810. | | | | | | |
| 811. | | | | | | |
| 812. | | | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | | | |
| 901. Daily interest charges from 08/31/2012 to 09/01/2012 | | @$ | | /day (from GFE #10) | | |
| 902. Mortgage Insurance Premium for | | months. | | (from GFE #3) | | |
| to | | | | | | |
| 903. Homeowner's insurance for | | years. | | (from GFE #11) | | |
| to | | | | | | |
| 904. | | years. | | | | |
| to | | | | | | |
| 905. | | | | | | |
| **1000. Reserves Deposited With Lender** | | | | | | |
| 1001. Initial deposit for your escrow account | | | | (from GFE #9) | | |
| 1002. Homeowner's insurance | | months @$ | per month $ | | | |
| 1003. Mortgage insurance | | months @$ | per month $ | | | |
| 1004. Property taxes | | months @$ | per month $ | | | |
| 1005. | | months @$ | per month $ | | | |
| 1006. | | months @$ | per month $ | | | |
| 1007. | | months @$ | per month $ | | | |
| 1008. Aggregate Adjustment | | | -$ 0.00 | | | |
| **1100. Title Charges** | | | | | | |
| 1101. Title services and lender's title insurance | | | | (from GFE #4) | $250.00 | |
| 1102. Settlement or closing fee | | | $250.00 | | | $50.00 |
| 1103. Owner's title insurance | | | | (from GFE #5) | | |
| 1104. Lender's title insurance | | | $ | | | |
| 1105. Lender's title policy limit $ | | | | | | |
| 1106. Owner's title policy limit $ | | | | | | |
| 1107. Agents portion of the total title insurance premium | | | $ | | | |
| 1108. Underwriter's portion of the total title insurance premium | | | $ | | | |
| 1109. | | | | | | |
| 1110. | | | | | | |
| 1111. | | | | | | |
| 1112. | | | | | | |
| 1113. | | | | | | |
| 1114. | | | | | | |
| 1115. | | | | | | |
| **1200. Government Recording and Transfer Charges** | | | | | | |
| 1201. | | Government recording charges: | | (from GFE #7) | $17.00 | |
| 1202. Deed $17.00 ; Mortgage $ ; Releases $ | | | | | | |
| 1203. Transfer taxes | | | | (from GFE #8) | | $53.00 |
| 1204. City/County tax/stamps: | Deed $ | ; Mortgage $ | | | | |
| 1205. State tax/stamps: | Deed $53.00 | ; Mortgage $ | | | | |
| 1206. | | | $ | | | |
| 1207. | | | $ | | | |
| 1208. | | | $ | | | |
| 1209. | | | $ | | | |
| **1300. Additional Settlement Charges** | | | | | | |
| 1301. Required services that you can shop for | | | | (from GFE #6) | | |
| 1302. Home Owners Association Fee- Black Diamond Resort | | | $500.00 | | | $500.00 |
| 1303. | | | $ | | | |
| 1304. | | | | | | |
| 1305. | | | | | | |
| 1306. | | | | | | |
| 1307. | | | | | | |
| 1308. | | | | | | |
| 1309. | | | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | | $267.00 | $3,250.50 |

## Certification

(continued from HUD-1)

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: _Joy A. Moran_ Date: 8/31/12
Joy A. Moran
813 East Second Street
Maysville, KY 41056

Seller or Agent: _William Porter_ Date: 8/31/12
William Porter
4013 Beaumont Estates
Dover, KY 41034

Borrower: _____ Date: _____

Seller or Agent: _Edie Porter_ Date: 8/31/12
Edie Porter
4013 Beaumont Estates
Dover, KY 41034

The HUD-1 Settlement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____ Date: _____   Settlement Agent: _M. Susan Brammer_ Date: 8/31/12
M. Susan Brammer
Royse, Zweigart, Kirk, Brammer & Caudill
215 Stanley Reed Court

Maysville, KY 41056

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.