UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:     William Patrick Porter                                      Case Number:    13-20527
           Debtor

# ORDER CONFIRMING PLAN
# FILED ON 4/7/2013

# WITH AMENDMENT(S)

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

William Patrick Porter
4013 Beaumont Dr
Dover, KY  41034-9012

SADOFF, RICHARD A.
27 EAST FOURTH STREET
COVINGTON , KY  41011

CAPITAL ONE, NA
% BASS & ASSOCIATES P C
3936 E FORT LOWELL RD, STE 200
TUCSON, AZ  85712

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH  45201-5480

BINGHAM GREENEBAUM DOLL LLP
3300 NATIONAL CITY TOWER
101 S FIFTH ST
LOUISVILLE, KY  40202-3197

BINGHAM GREENEBAUM DOLL LLP
3300 NATIONAL CITY TOWER
101 S FIFTH ST
LOUISVILLE, KY  40202-3197

WOLFF, BENJAMIN N.
WOLFF LAW FIRM, PLLC
2131 CHAMBER CENTER DRIVE
FT. MITCHELL, KY  41017

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Wednesday, December 18, 2013
(tnw)**