Exhibit A

**The Baker Firm, PLLC**
2131 Chamber Center Drive
Ft. Mitchell, KY 41017

# Invoice

**Invoice #:** 641
**Invoice Date:** 3/6/2014

**Bill To:**

William Porter
Re: Adversary Proceeding

**Case:**

Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/30/2013 | Meet with Bill, work on issues related to case back ground, tel con with Chip Bowles | 0.80 | 225.00 | 180.00 |
| 8/6/2013 | Tel con with Rick Sadoff regarding issues related to Motion for Relief and case progression; tel con with Client regarding trial in Florida and strategy for Adversary | 0.70 | 225.00 | 157.50 |
| 8/21/2013 | Voicemail to check status | 0.10 | 0.00 | 0.00 |
| 8/22/2013 | Research and review of file for Motion to Dismiss | 2.40 | 225.00 | 540.00 |
| 8/22/2013 | Extended tel con with Bill | 0.80 | 225.00 | 180.00 |
| 8/23/2013 | Work on Motion to dismiss research re service | 0.70 | 225.00 | 157.50 |
| 9/4/2013 | Review Wright decision regareding personal jurisdiction and impact regarding rule 7004 | 0.40 | 225.00 | 90.00 |
| 9/9/2013 | Confer with Ben, review email | 0.50 | 225.00 | 112.50 |
| 9/30/2013 | Work on Motion to Dismiss | 2.00 | 225.00 | 450.00 |
| 9/30/2013 | Work on, research and finalize Motion to Dismiss, file same | 5.00 | 225.00 | 1,125.00 |
| 10/3/2013 | Tel con with Sadoff, review request for alias summons, return call to Ivana Shallcross to discuss agreed order re hearing | 1.20 | 225.00 | 270.00 |
| 10/14/2013 | Conf with Ben re status and order (No Charge) | 0.20 | 0.00 | 0.00 |

**Total**

**Payments/Credits**

**Balance Due**

**The Baker Firm, PLLC**
2131 Chamber Center Drive
Ft. Mitchell, KY 41017

# Invoice

**Invoice #:** 641
**Invoice Date:** 3/6/2014

**Bill To:**

William Porter
Re: Adversary Proceeding

**Case:**

Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/14/2013 | Tel con with Bill re status, voicemail to Ivana Shallcross | 0.70 | 225.00 | 157.50 |
| 10/22/2013 | Tel con with Ivana Shallcross, submit proposed order | 0.10 | 225.00 | 22.50 |
| 10/30/2013 | Tel con with Ivana Shallcross | 0.20 | 225.00 | 45.00 |
| 11/20/2013 | Various Tel cons with Shallcross, Bowles and Sadoff to discuss hearing, and framework for settlement, review claims and plan, review amounts estimated to be available for unsecureds. | 2.30 | 225.00 | 517.50 |
| 11/21/2013 | Tel con with Sadoff and Bill regarding developments and possible settlement | 0.80 | 225.00 | 180.00 |
| 11/26/2013 | Work on issues related to settlement, review email from Sadoff, tel con to Shallcross | 0.20 | 225.00 | 45.00 |
| 11/27/2013 | Tel con with Ivanna re settlement negations | 0.40 | 225.00 | 90.00 |
| 12/2/2013 | Review of docs from Sadoff re settlement proposal and Bill's statement, tel con with Sadoff re same and status | 0.50 | 225.00 | 112.50 |
| 12/3/2013 | Review email re motion to withdraw to motion to dismiss | 0.10 | 225.00 | 22.50 |
| 12/10/2013 | Conf re confirmation with Bill, and Sadoff | 0.30 | 225.00 | 67.50 |
| 12/17/2013 | Tel Con to Bowles, tel con with Sadoff re email from Shallcross and settlement negotiations | 0.30 | 225.00 | 67.50 |

**Total**

**Payments/Credits**

**Balance Due**

**The Baker Firm, PLLC**
2131 Chamber Center Drive
Ft. Mitchell, KY 41017

# Invoice

**Invoice #:** 641
**Invoice Date:** 3/6/2014

**Bill To:**

William Porter
Re: Adversary Proceeding

**Case:**

Please call us at (859) 647-7777 with any questions you may have regarding this invoice. For your convenience, our Tax ID No. is 27-0905277.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 12/18/2013 | Tel con with Ivan Shall Cross regarding status of Motion to Dismiss and Settlement, draft Agreed order and transmit to Shallcross | 1.00 | 225.00 | 225.00 |
| 1/9/2014 | Tel con with Shallcross re hearings | 0.40 | 225.00 | 90.00 |
| 1/22/2014 | Exchange emails with Bill (No Charge) | 0.10 | 0.00 | 0.00 |
| 1/23/2014 | Tel con with Ivana Shall Cross, tel con with Bill P. Conf with Ben | 1.60 | 225.00 | 360.00 |
| 1/27/2014 | Tel con with Ivana Shallcross re Motion to Dismiss, review of Agreed Order entry (No Charge) | 0.20 | 0.00 | 0.00 |
| 1/29/2014 | Review response, review file, review research and begin reply | 2.00 | 225.00 | 450.00 |
| 1/30/2014 | Conf regarding response and case strategy | 0.20 | 225.00 | 45.00 |
| 2/4/2014 | Tel con with Bill | 0.40 | 225.00 | 90.00 |
| 2/6/2014 | Work on reply brief | 4.50 | 225.00 | 1,012.50 |
| 2/7/2014 | Conf with Ben, revise and file reply. | 0.40 | 225.00 | 90.00 |
| 2/27/2014 | Tel con re status of Florida litigation | 0.50 | 225.00 | 112.50 |
| 3/10/2014 | Prepare Fee application and order | 0.50 | 225.00 | 112.50 |
| 3/10/2014 | Postage @ .48 each. | 36.00 | 0.48 | 17.28 |
| 3/10/2014 | Copies | 108.00 | 0.18 | 19.44 |

**Total** $7,214.22

**Payments/Credits** $0.00

**Balance Due** $7,214.22